# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3138

_____

SUSAN WOODWARD,

Appellant,

v.

ESTATE OF FLORENCE PHELPS,
TAMMY WILLIAMS,

Appellees.

_____


On appeal from the Commission on Human Relations.
Angela Primiano, Chairperson.


March 19, 2026

PER CURIAM.

AFFIRMED.

LEWIS, KELSEY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Susan Woodward, pro se, Appellant.

J. Matt Bobo and Grace E. Desmond of Lutz, Bobo & Telfair, P.A., Sarasota, for Appellees.